Certificate Number: 17082-PAM-DE-039674345

Bankruptcy Case Number: 25-00994


17082-PAM-DE-039674345

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 18, 2025, at 5:50 o'clock PM MST, KENDRY A CORREOSO completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: May 18, 2025

By: /s/Orsolya K Lazar

Name: Orsolya K Lazar

Title: Executive Director