United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 25-00994-HWV

Kendry Alfonso Correoso  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 2
Date Rcvd: May 22, 2025      Form ID: ntcnfhrg      Total Noticed: 23

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 24, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kendry Alfonso Correoso, 135 Maple Run Dr, York, PA 17404-9140 |
| 5703398 | + | Conewago Township Sewer, c/o GAVIN WAYNE MARKEY ESQ, 119 E MARKET ST, York, PA 17401-1221 |
| 5703400 | + | HOFFMAN LAW LLC, PO Box 609, Montgomeryville, PA 18936-0609 |
| 5703402 | + | Ideal Images, 1571 Fruitville Pike, Ste 2, Lancaster, PA 17601-4065 |
| 5703404 | + | Locust Run HOA, PO Box 299, Spring City, PA 19475-0299 |
| 5703409 | + | UPMC, PO Box 826813, Philadelphia, PA 19182-6813 |
| 5703410 | + | Wells Fargo Center/HQ, TOM SCHNEIDER, President, N93 SIXTH & MARQUTTE, Minneapolis, MN 55479-0001 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5703396 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 22 2025 19:03:08 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5713568 |   | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 22 2025 19:15:30 | Capital One N.A., by AIS InfoSource LP as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5703397 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 22 2025 19:15:20 | Citibank, Attn: Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 5703395 |   | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 22 2025 18:54:00 | Department of Revenue, 1 Revenue Place, Harrisburg, PA 17129-0001 |
| 5708954 |   | Email/Text: mrdiscen@discover.com | May 22 2025 18:54:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 5703399 | + | Email/Text: mrdiscen@discover.com | May 22 2025 18:54:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 5703401 |   | Email/PDF: Citi.BNC.Correspondence@citi.com | May 22 2025 19:15:20 | Home Depot Credit Services, PO Box 9001010, Louisville, KY 40290-1010 |
| 5703393 |   | Email/Text: sbse.cio.bnc.mail@irs.gov | May 22 2025 18:54:00 | Internal Revenue Service, Centralized Insolvency Operation, Post Office Box 7346, Philadelphia, PA 19101-7346 |
| 5703403 | + | Email/Text: bankruptcy@lmminc.com | May 22 2025 18:54:00 | Lockhart Morris & Montgomery, Inc., Attn: Bankruptcy, 1401 N Central Expressway, Ste 225, Richardson, TX 75080-4456 |
| 5703405 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 22 2025 19:02:11 | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 5703407 | + | Email/PDF: ebnotices@pnmac.com | May 22 2025 19:15:40 | PennyMac Loan Services, LLC, Attn: Correspondence Unit, Po Box 514387, Los Angeles, CA 90051-4387 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 5703406 | + | Email/PDF: ebnotices@pnmac.com | May 22 2025 19:03:14 | Pennymac, Po Box 514387, Los Angeles, CA 90051-4387 |
| 5705499 | ^ | MEBN | May 22 2025 18:49:59 | TD Auto Finance, PO BOX 1931, Burlingame, CA 94011-1931 |
| 5703408 | + | Email/Text: jaxbanko@td.com | May 22 2025 18:54:00 | Td Auto Finance, Attn: Bankruptcy, Po Box 9223, Farmington Hills, MI 48333-9223 |
| 5703411 | ^ | MEBN | May 22 2025 18:49:17 | Weltman Weinberg Reis, 520 Walnut Street, Sute 1355, Philadelphia, PA 19106-3602 |
| 5703394 | + | Email/Text: kcm@yatb.com | May 22 2025 18:54:00 | York Adams Tax Bureau, PO BOX 15627, York, PA 17405-0156 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5703412 | ##+ | Yk Cr Bureau, 33 S Duke St, York, PA 17401-1401 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2025           Signature:       /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 22, 2025 at the address(es) listed below:

**Name**  **Email Address**

Dawn Marie Cutaia
on behalf of Debtor 1 Kendry Alfonso Correoso dmcutaia@gmail.com
cutaialawecf@gmail.com,FreshStartLawPLLC@jubileebk.net,R46159@notify.bestcase.com,julie.yorkparalegal@gmail.com;r46159@notify.bestcase.com

Denise E. Carlon
on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com

Jack N Zaharopoulos
ecf_pahu_alt@trustee13.com

United States Trustee
ustpregion03.ha.ecf@usdoj.gov

TOTAL: 4

| UNITED STATES BANKRUPTCY COURT |
|---|
| MIDDLE DISTRICT OF PENNSYLVANIA |

In re:

Kendry Alfonso Correoso,                 Chapter     13

    **Debtor 1**

                                       Case No.     1:25−bk−00994−HWV

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**June 18, 2025** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Sylvia H. Rambo US Courthouse, Bankruptcy Courtroom 4B, 1501 N. 6th St, Harrisburg, PA 17102 | Date: June 25, 2025<br><br>Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>Sylvia H. Rambo US Courthouse<br>1501 N. 6th Street<br>Harrisburg, PA 17102<br>(717) 901−2800 | **For the Court:**<br>Seth F. Eisenberg<br>Clerk of the Bankruptcy Court:<br>By: DaneishaDunbarYancey, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: May 22, 2025 |

ntcnfhrg (08/21)