## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| IN RE: | CASE NO: 25-00994 |
|---|---|
| KENDRY ALFONSO CORREOSO | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 13 |

On 7/28/2025, I did cause a copy of the following documents, described below,

First Amended Plan and Notice of Hearing

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 7/28/2025

/s/ Dawn Cutaia
Dawn Cutaia  77965

Fresh Start Law, PLLC
1701 W Market St
West York, PA  17404
717 718 5199
dmcutaia@gmail.com

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: <br> KENDRY ALFONSO CORREOSO | CASE NO: 25-00994 <br> **CERTIFICATE OF SERVICE DECLARATION OF MAILING** <br> Chapter: 13 |

On 7/28/2025, a copy of the following documents, described below,

First Amended Plan and Notice of Hearing

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 7/28/2025

_____
Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Dawn Cutaia
Fresh Start Law, PLLC
1701 W Market St
West York, PA 17404

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

CASE INFO ~~EXCLUDE~~ ~~EXCLUDE~~

LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 25-00994
MIDDLE DISTRICT OF PENNSYLVANIA
MON JUL 28 8-24-7 PST 2025

~~(U)PENNYMAC LOAN SERVICES LLC~~

~~US BANKRUPTCY COURT~~
~~SYLVIA H RAMBO US COURTHOUSE~~
~~1501 N 6TH STREET~~
~~HARRISBURG PA 17102-1104~~

CAPITAL ONE
ATTN BANKRUPTCY
PO BOX 30285
SALT LAKE CITY UT 84130-0285

CAPITAL ONE NA
BY AIS INFOSOURCE LP AS AGENT
PO BOX 71083
CHARLOTTE NC 28272-1083

CITIBANK
ATTN BANKRUPTCY
PO BOX 790034
ST LOUIS MO 63179-0034

CONEWAGO TOWNSHIP SEWER
CO GAVIN WAYNE MARKEY ESQ
119 E MARKET ST
YORK PA 17401-1221

DEPARTMENT OF REVENUE
1 REVENUE PLACE
HARRISBURG PA 17129-0001

DISCOVER BANK
PO BOX 3025
NEW ALBANY OH 43054-3025

DISCOVER FINANCIAL
ATTN BANKRUPTCY
PO BOX 3025
NEW ALBANY OH 43054-3025

HOFFMAN LAW LLC
PO BOX 609
MONTGOMERYVILLE PA 18936-0609

HOME DEPOT CREDIT SERVICES
PO BOX 9001010
LOUISVILLE KY 40290-1010

IDEAL IMAGES
1571 FRUITVILLE PIKE
STE 2
LANCASTER PA 17601-4065

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION
POST OFFICE BOX 7346
PHILADELPHIA PA 19101-7346

LVNV FUNDING LLC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE SC 29603-0587

LOCKHART MORRIS MONTGOMERY INC
ATTN BANKRUPTCY
1401 N CENTRAL EXPRESSWAY STE 225
RICHARDSON TX 75080-4456

LOCUST RUN HOA
PO BOX 299
SPRING CITY PA 19475-0299

LVNV FUNDINGRESURGENT CAPITAL
ATTN BANKRUPTCY
PO BOX 10497
GREENVILLE SC 29603-0497

MIDLAND CREDIT MANAGEMENT INC
PO BOX 2037
WARREN MI 48090-2037

PENNYMAC LOAN SERVICES LLC
ATTN CORRESPONDENCE UNIT
PO BOX 514387
LOS ANGELES CA 90051-4387

PENNYMAC LOAN SERVICES LLC
PO BOX 2410
MOORPARK CA 93020-2410

PENNYMAC
PO BOX 514387
LOS ANGELES CA 90051-4387

TD AUTO FINANCE
PO BOX 1931
BURLINGAME CA 94011-1931

TD AUTO FINANCE
ATTN BANKRUPTCY
PO BOX 9223
FARMINGTON HILLS MI 48333-9223

~~EXCLUDE~~

UPMC
PO BOX 826813
PHILADELPHIA PA 19182-6813

~~UNITED STATES TRUSTEE~~
~~US COURTHOUSE~~
~~1501 N 6TH ST~~
~~HARRISBURG PA 17102-1104~~

WELLS FARGO CENTERHQ
TOM SCHNEIDER PRESIDENT
N93 SIXTH MARQUTTE
MINNEAPOLIS MN 55479-0001

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| WELTMAN WEINBERG REIS<br>520 WALNUT STREET SUTE 1355<br>PHILADELPHIA PA 19106-3602 | YK CR BUREAU<br>33 S DUKE ST<br>YORK PA 17401-1401 | YORK ADAMS TAX BUREAU<br>PO BOX 15627<br>YORK PA 17405-0156 |
| ~~EXCLUDE~~<br>~~DAWN MARIE CUTAIA~~<br>~~FRESH START LAW PLLC~~<br>~~1701 WEST MARKET STREET~~<br>~~YORK PA 17404-5465~~ | (P)JACK N ZAHAROPOULOS<br>ATTN CHAPTER 13 TRUSTEE<br>8125 ADAMS DRIVE SUITE A<br>HUMMELSTOWN PA 17036-8625 | ~~EXCLUDE~~<br>~~KENDRY ALFONSO CORREOSO~~<br>~~135 MAPLE RUN DR~~<br>~~YORK PA 17404-9140~~ |