IN RE:                                               :
    KENDRY ALFONSO CORREOSO                 :
    Debtor                                  :    CHAPTER 13
                                            :
JACK N. ZAHAROPOULOS                                 :
STANDING CHAPTER 13 TRUSTEE                          :
    Movant                                  :    CASE NO.  1-25-bk-00994-HWV
                                            :
KENDRY ALFONSO CORREOSO                              :
    Respondent                              :

## TRUSTEE'S OBJECTION TO THIRD AMENDED CHAPTER 13 PLAN

AND NOW, this 9th day of March 2026, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced Debtor(s)' Plan for the following reason(s):

1.    Debtor(s)' Plan violates 11 U.S.C. §1322(a)(1) and §1325(b) in that the Debtor(s) has not submitted all or such portion of the disposable income to the Trustee as required. More specifically,

Trustee alleges and therefore avers that Debtor(s)' disposable income is greater than that of which is committed to the Plan based upon the Means Test calculation and specifically disputes the following amounts:

    a.  Income of other adults in the household is not considered.

Trustee alleges and therefore avers that Debtor(s)' disposable income is greater than that of which is committed to the Plan based upon disposable income on Schedules I and J and specifically disputes the following amounts:

    a.  Average federal income tax refund is not considered.
    b.  Income of other adults in the household is not considered.
    c.  Pay advices show no deductions for retirement plans or insurance.

2.    Failure to properly state the liquidation value in Section 1B of the Plan. Trustee calculates it at $21,173.00.

WHEREFORE, Trustee alleges and avers that Debtor(s)' Plan cannot be confirmed, and therefore Trustee prays that this Honorable Court will:

   a. Deny confirmation of Debtor(s)' Plan.
   b. Dismiss or convert Debtor(s)' case.
   c. Provide such other relief as is equitable and just.

Respectfully submitted:

Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

BY: /s/ Douglas R. Roeder
Attorney for Trustee

2

<u>CERTIFICATE OF SERVICE</u>

AND NOW, this 9th day of March 2026, I hereby certify that I have served the within Objection by electronically notifying all parties or by depositing a true and correct copy of the same in the Unites States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:


DAWN MARIE CUTAIA, ESQUIRE
FRESH START LAW, PLLC
1701 WEST MARKET STREET
YORK, PA   17404-


/s/Ashley Schott
Office of Jack N. Zaharopoulos
Standing Chapter 13 Trustee

3